**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

SHEILA STANDING, on behalf of herself
and all others similar situated,

    *Plaintiff,*

        v.

HASBRO, INC.,

    *Defendants*

C.A. No. 1:26-cv-00219-MSM-AEM

**STIPULATION EXTENDING TIME FOR RESPONSE TO COMPLAINT**

By agreement of the parties, Defendant Hasbro, Inc. shall have up to and including July 14, 2026 to answer or otherwise respond to Plaintiff Sheila Standing's Complaint.

| | |
|---|---|
| Plaintiff<br>SHEILA STANDING | Defendant<br>HASBRO, INC. |
| /s/ *Peter N. Wasylyk*<br>Peter N. Wasylyk (#3351)<br>pnwlaw@aol.com<br>LAW OFFICES OF PETER N. WASYLYK<br>1307 Chalkstone Avenue<br>Providence, RI 02908<br>T: (401) 831-7730<br>F: (401) 861-6064 | /s/ *Leslie D. Parker*<br>Leslie D. Parker (#8348)<br>lparker@apslaw.com<br>ADLER POLLOCK & SHEEHAN P.C.<br>100 Westminster Street, 16th Floor<br>Providence, RI 02903<br>T: (401) 274-7200<br>F: (401) 351-4607 |

Samuel J. Strauss (PHV forthcoming)
Raina C. Borrelli (PHV forthcoming)
STRAUSS BORRELLI PLLC
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
T: (872) 263-1100
F: (872) 263-1109

Date: April 29, 2026

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I filed the within Stipulation through the ECF system on the 29th day of April, 2026, and that notice will be sent electronically to counsel who are a registered participant identified on the Mailing Information for Case No. 1:26-cv-00219-MSM-AEM.


<u>/s/ *Leslie D. Parker*   </u>


4910-2255-2230, v. 1

2