**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| SHEILA STANDING, on behalf of herself and all others similar situated,<br>*Plaintiff,*<br>v.<br>HASBRO, INC.,<br>*Defendants* | C.A. No. 1:26-cv-00219-MSM-AEM |

**STIPULATION EXTENDING TIME FOR RESPONSE TO COMPLAINT**

By agreement of the parties, Defendant Hasbro, Inc. shall have up to and including September 13, 2026 to answer or otherwise respond to Plaintiff Sheila Standing's Complaint.

Plaintiff
SHEILA STANDING

/s/ *Peter N. Wasylyk*
Peter N. Wasylyk (#3351)
pnwlaw@aol.com
LAW OFFICES OF PETER N. WASYLYK
1307 Chalkstone Avenue
Providence, RI 02908
T: (401) 831-7730
F: (401) 861-6064

Samuel J. Strauss (PHV forthcoming)
Raina C. Borrelli (PHV forthcoming)
STRAUSS BORRELLI PLLC
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
T: (872) 263-1100
F: (872) 263-1109

Defendant
HASBRO, INC.

/s/ *Leslie D. Parker*
Leslie D. Parker (#8348)
lparker@apslaw.com
ADLER POLLOCK & SHEEHAN P.C.
100 Westminster Street, 16th Floor
Providence, RI 02903
T: (401) 274-7200
F: (401) 351-4607

Date: June 25, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the within Stipulation through the ECF system on the 25th day of June, 2026, and that notice will be sent electronically to counsel who are a registered participant identified on the Mailing Information for Case No. 1:26-cv-00219-MSM-AEM.

/s/ *Leslie D. Parker*

4910-2255-2230, v. 1