**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

SHEILA STANDING, on behalf of herself and all others similar situated,

*Plaintiff,*

v.

HASBRO, INC.,

*Defendants*

C.A. No. 1:26-cv-00219-MSM-AEM

**STIPULATION EXTENDING TIME FOR RESPONSE TO COMPLAINT**

The parties are currently exploring the possibility of resolving the case, including selecting a mediator and a mediation date. The parties believe that the dates set forth herein will provide them sufficient time to explore potential resolution.

Therefore, in furtherance of those discussions and by agreement of the parties, Defendant Hasbro, Inc. shall have up to and including October 13, 2026 to answer or otherwise respond to Plaintiff Sheila Standing's Complaint.

Plaintiff
SHEILA STANDING

/s/ *Peter N. Wasylyk*
Peter N. Wasylyk (#3351)
pnwlaw@aol.com
LAW OFFICES OF PETER N. WASYLYK
1307 Chalkstone Avenue
Providence, RI 02908
T: (401) 831-7730
F: (401) 861-6064

Samuel J. Strauss (PHV forthcoming)
Raina C. Borrelli (PHV forthcoming)
STRAUSS BORRELLI PLLC
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
T: (872) 263-1100
F: (872) 263-1109

Defendant
HASBRO, INC.

/s/ *Leslie D. Parker*
Leslie D. Parker (#8348)
lparker@apslaw.com
ADLER POLLOCK & SHEEHAN P.C.
100 Westminster Street, 16th Floor
Providence, RI 02903
T: (401) 274-7200
F: (401) 351-4607

Date: September 9, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the within Stipulation through the ECF system on the 9th day of September, 2026, and that notice will be sent electronically to counsel who are a registered participant identified on the Mailing Information for Case No. 1:26-cv-00219-MSM-AEM.

/s/ *Leslie D. Parker*

4910-2255-2230, v. 1